**Dismissed and Memorandum Opinion filed December 8, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00667-CR
### NO. 14-20-00666-CR

## ALEXANDER CALLOWAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1631735 & 1631736**

## MEMORANDUM OPINION

Appellant entered guilty pleas to the offenses of (1) assault on a family member by impeding breathing (cause number 1631736) and (2) human trafficking (cause number 1631735). In accordance with the terms of a plea bargain agreement, appellant waived his right to appeal in consideration of the State's waiver of its right to a jury trial and dismissal of a third felony indictment against appellant. *See Ex parte Broadway*, 301 S.W.3d 694, 699 (Tex. Crim. App. 2009)

(criminal defendant may voluntarily waive right to appeal pursuant to plea bargain where sentencing is not agreed upon and defendant's punishment is uncertain). The trial court entered a certification of the defendant's right to appeal in which the court certified that appellant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See* *Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

The trial court sentenced appellant to 6 years confinement in trial court cause number 1631736, and 11 years confinement in trial court cause number 1631735, to run concurrently, in the Institutional Division of the Texas Department of Criminal Justice. After giving appellant notice, we dismiss the appeals.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)